**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Patricia Adams, *et al.*,

    Plaintiffs,

        v.                              Case No.   1:24cv207

The Medical Protective
Company, Inc., *et al.*,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**[ ]    JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[ ]    DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**[ X ]    DECISION BY COURT**: This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED:** The Court granted Defendants' Motion to Dismiss (Doc. 15).

Date: March 31, 2025                                  Richard W. Nagel, Clerk
                                                                       Clerk

                                                        By:    *s/ Krista Zeller*
                                                                        Deputy Clerk